HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
COTY MATULOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00150-DB |
| Plaintiff, | **ORDER TO ADVANCE DETENTION HEARING** |
| v. | |
| COTY MATULOVICH, | |
| Defendant. | |

ORDER

The Joint Request is adopted in its entirety, and the detention hearing is ADVANCED to September 21, 2021 at 2:00 p.m.

Dated: September 21, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

-2-